In the Matter of DONOVAN C. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; KENNETH C., Respondent; DELANDA R., Appellant. (And Another Proceeding.)

Submitted October 13, 2009; decided December 1, 2009

Reported below, 65 AD3d 1041.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.